**Darrell WEIPERT, Appellee,**

v.

**Charles H. HAUGH, Warden, Iowa State Men's Reformatory, Appellant.**

**No. 55915.**

Supreme Court of Iowa.

May 23, 1973.

Richard C. Turner, Atty. Gen., Lorna Lawhead Williams, Asst. Atty. Gen., and Robert Story, County Atty., for appellant.

L. Vern Robinson, Iowa City, for appellee.

Heard before MOORE, C. J., and MASON, REES, UHLENHOPP, and McCORMICK, JJ.

**PER CURIAM.**

This appeal involves the same issues as were decided under analogous facts in Flowers v. Haugh, 207 N.W.2d 766 (Iowa 1973), filed separately this date.

See rule 348.1, Rules of Civil Procedure.

Affirmed.